# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
_____ Division

Sheannie F. Dingle
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Oakmonte Village of Davie
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

FILED BY _____ D.C.
NOV 04 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Sheannia F. Dingle
Address: 1175 NW 61 St
City: Miami  State: FL  Zip Code: 33127
County: Dade
Telephone Number: 786-715-0438
E-Mail Address: f.sheena18@yahoo.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Oakmonte Village of Davie
Job or Title (if known):
Address: 8201 Stirling Road
City: Davie  State: FL  Zip Code: 33328
County: Dade
Telephone Number: 954-982-2323
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Event took place at Oakmonte Village of Davie's Kitchen. Other Cooks which are Nicole, Eugene, & Josh were not held accountable for their out of compliance work ethics. Saidy which is the Supervisor Showed Favoritism, Retaliation and Did not follow the right Protocol herself. Alex M. Showed Retaliation against me & also threatened to fire me.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The events started happening around September or October of 2019. The First write up was January 24, 2020. Saidy, Nicole, Josh & Eugene Make Statements about Black Americans. They stated "Black Americans are arrogant, violent, stupid & dumb. →

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Facts are I was written up for things I wasn't Responsible for Like Spoiled Pasta, Left out Soup. The other cooks would not Label, date & Rotate Products, Nor would they Preserve Food Properly (Nicole) & Saidy. When something bad happens I get blamed for it. Saidys The Supervisor would accommodate the other cooks schedule & give me a time to take my break after the Soup Incident. Nicole, Josh, & Eugene would speak a different language on the line. Also they are Fluent in Spanish. Saidy, Josh, Nicole & Eugene would Speak Spanish on the Serving Line during meal Service without communicating with

me as if I wasn't there.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. NO injuries

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am Requesting money damages for Emotional Distress + wages lost from the time I was terminated to present.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/04/2021

Signature of Plaintiff: *Sheannia Dingle*

Printed Name of Plaintiff: Sheannia Dingle

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
            City | State | Zip Code
Telephone Number: _____
E-mail Address: _____